# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 17-13930-MDC

BRANDON  LUCAS

161 N. DEWEY STREET

PHILADELPHIA, PA 19139

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BRANDON  LUCAS

    161 N. DEWEY STREET

    PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

    MICHAEL KUTZER
    1420 WALNUT STREET
    SUITE 1188
    PHILADELPHIA, PA 19102-3604

                      /S/ William C. Miller

Date: 11/28/2017

                      _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee