## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon Lucas<br>            Debtor(s)<br><br>M&T Bank<br>            Movant<br>vs.<br>Brandon Lucas<br>            Debtor(s)<br><br>Francis E. Manning<br>            Co-Debtor<br><br>William C. Miller, Esq.<br>            Trustee | CHAPTER 13<br><br>NO. 17-13930 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 21st day of December, 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 161 North Dewey Street, Philadelphia, PA 19139 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_____
                                                                BJ.