United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13930-mdc
Brandon Lucas                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jan 19, 2018
                              Form ID: pdf900          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db              +Brandon Lucas,    161 N Dewey St.,   Philadelphia, PA 19139-2309
14005964         Directv, LLC,    by American InfoSource LP as agent,   PO Box 5008,
                 Carol Stream, IL  60197-5008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jan 20 2018 02:15:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:14:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2018 02:15:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14021799         E-mail/Text: bankruptcy@phila.gov Jan 20 2018 02:15:31     City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13935702         E-mail/Text: camanagement@mtb.com Jan 20 2018 02:14:33     M&T Bank,   One Fountain Plaza,
                 Buffalo, Pennsylvania 14203
13963532         E-mail/Text: camanagement@mtb.com Jan 20 2018 02:14:33     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
                                                                                          TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          MICHAEL P. KUTZER    on behalf of Debtor Brandon  Lucas mpkutzer1@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Brandon Lucas                 :       Chapter 13
   Debtor                       :

                                 :       Case No. 17-13930 mdc

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.     This chapter 13 bankruptcy case is **DISMISSED**.

2.     Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.     Any wage orders previously entered are **VACATED**.

4.     Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.     All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.     Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such

application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the

docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any

applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a

hearing thereon or, if no such applications have been filed, be authorized to return such funds to

Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).


Dated: 1/18/18

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE